# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL KAUFMANN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORDIC WARE, INC.,<br><br>Defendant. | Case No.: 0:25-cv-01379-ECT-DLM<br><br>**MOTION TO DISMISS PLAINTIFF MICHAEL KAUFMANN'S CLASS ACTION COMPLAINT** |

Defendant Northland Aluminum Products, Inc. d/b/a Nordic Ware, Inc., (hereinafter "Nordic Ware"), moves pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure, as well as Article III of the United States Constitution, to dismiss the Class Action Complaint filed by Michael Kaufmann (hereinafter "Plaintiff") on behalf of himself and others similarly situated.

Defendant Nordic Ware makes this motion on the grounds that Plaintiff has failed to adequately allege facts supporting the causes of action it asserts in the Class Complaint, has failed to show that he has standing to bring the Minnesota state law causes of action, and has failed to adequately plead facts to show that there is subject matter jurisdiction over this action.

158237488.1

Dated:  June 4, 2025                                    Respectfully submitted,

*s/ Michelle R. Gilboe*
Michelle R. Gilboe
MN State Bar No. 0260411
Emily B. Suhr
MN State Bar No. 0403064
Bethany R. Jewison
MN State Bar No. 0505680
LEWIS BRISBOIS BISGAARD &
SMITH LLP
Wells Fargo Center
90 S 7th Street, Suite 2800
Minneapolis, Minnesota 55402
612.428.5000

*Attorneys for Defendant Nordic Ware, Inc.*

158237488.1